# Court of Appeals
# of the State of Georgia

ATLANTA, November 08, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0152. AKASH DIXIT v. TANYA SINGH DIXIT**

Upon consideration of this Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The only issue that appears to have merit is applicant's contention that the Order on Motion for Attorney Fees, at page 5, item 3, erroneously awards attorney fees under OCGA § 9-15-14 for fees incurred in connection with appellate proceedings. See *Kautter v. Kautter*, 286 Ga. 16, 19 (4) (c) (685 SE2d 266) (2009).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 11/08/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*